371 A.2d 250

Williamsport Housing Authority, et al.
v. Penn State Construction, Inc.,
Appellant.

 Argued March 22, 1976. Ambrose R. Campana, with him Campana & Campana, for appellant; John R. Bonner, with him Casale & Bonner, for appellees.

Order affirmed.